AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:24-CV-07096-DEH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **TRTCLE, Corp.** was recieved by me on **10/01/2024:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **TRTCLE C/o Jeanette Brown, Registered Agent**, who is designated by law to accept service of process on behalf of **TRTCLE, Corp.** at **43546 FIRESTONE PLACE, LEESBURG, VA 20176** on **10/01/2024 at 3:25 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   10/01/2024

*Server's signature*

**Tolulope Adetiloye**
*Printed name and title*

**1241 E Randolph Rd**
**Silver Spring, MD 20904**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to TRTCLE C/o Jeanette Brown, Registered Agent with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 45-55 years of age, 5'4"-5'6" tall and weighing 160-180 lbs.**



Tracking #: **0144587548**

