UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DAVID COMAROW, individually and on behalf of all others similarly situated,**<br><br>      Plaintiffs,<br><br>    v.<br><br>**TRTCLE, CORP.,**<br><br>      Defendant. | Case No. 1:24-cv-7096<br><br>**STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

  Pursuant to Fed. R. Civ. P. 7.1, Defendant TRTCLE, CORP. states as follows:

  1. TRTCLE, CORP. does not have any parent corporation.

  2. There is no publicly held corporation owning 10% or more of the stock of TRTCLE, CORP.

  3. The undersigned, counsel of record for Defendant, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal: No party other than Defendant has a pecuniary interest in the outcome of this case.

Dated: December 24, 2024

            Respectfully Submitted,

            Rooney Law
            *Attorneys for Defendant*

            /s/ Jeremy Klausner (JK2582)
            300 Park Avenue
            New York City, New York 10022
            (212) 545-8022
            jeremy.klausner@rooney.law