UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMAROW<br><br>                    Plaintiff,<br><br>            v.<br><br>TRTCLE, CORP.,<br><br>                    Defendant. | 24 Civ. 7096 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On **DECEMBER 30, 2024,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **JANUARY 8, 2025,** at **1:00 P.M. EST**.  No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.  The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: January 6, 2025
       New York, New York

                                                        _____
                                                        DALE E. HO
                                                        United States District Judge