


January 6, 2025

Via ECF
Honorable Dale E. Ho
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application **DENIED AS MOOT**.  The initial pretrial conference in this matter has been adjourned.  See ECF No. 13.  SO ORDERED.

Dated: January 6, 2025
New York, New York

Dale E. Ho
United States District Judge

Re:   *Comarow v. TRTCLE, Corp.* 24-CV-7096-DEH

Dear Judge Ho:

As Your Honor may recall, I represent Defendant in this matter.  Pursuant to directions from the Court, please accept this letter as my request for a change in the time of the initial conference scheduled for January 8, 2025.  I am requesting the conference be held at 3:30 p.m. rather than the currently scheduled 1:00 p.m. due to a doctor's appointment that I was unable to change.  Your Honor's Chambers indicated that the 3:30 p.m. time slot is available.  I communicated with counsel for Plaintiff, and they consent to this request.

I very much appreciate the Court's accommodating this request.

Respectfully Submitted,

/s/ Jeremy M. Klausner

cc:  all appearing counsel (via ECF)

ROONEY LAW | 300 PARK AVENUE, NEW YORK, NY 10022 | +1 212 545 8022 | WWW.ROONEY.LAW

NEW YORK   SAN FRANCISCO   LONDON   HONG KONG