# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID COMAROW, individually and on behalf of all others similarly situated,<br><br>                 Plaintiff,<br>    v.<br><br>TRTCLE, CORP.,<br>                 Defendant. | Civil Action No. 24-cv-7096<br><br>**ORDER TO WITHDRAW AS**<br><br>**COUNSEL** |

THIS CAUSE comes before the Court upon Plaintiff's Motion to Permit Arun Ravindran, Esq. to Withdraw as Counsel of Record. The Court has considered the motion and the record.

It is thereupon: ORDERED AND ADJUDGED that the Plaintiff's motion is GRANTED.

The Clerk of the Court is directed to remove Arun Ravindran, Esq. as attorney of record and to terminate ECF No. 16.

    SO ORDERED.

**BY THE COURT**:

DALE E. HO
United States District Judge
Dated: February 4, 2025
New York, New York