**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID COMAROW, individually and on behalf of all others similarly situated, | Case No. 24-CV-7096 |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| TRTCLE, CORP., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff David Comarow and Defendant TRTCLE, Corp. stipulate to dismissal of all Plaintiff's individual claims, in their entireties and with prejudice, and the class claims in their entireties without prejudice, with both parties to bear their own costs.

Dated: March 24, 2025

Respectfully submitted,

By: *s/ Julie Holt*
    Julie Holt

**HEDIN LLP**
Julie E. Holt
jholt@hedinllp.com
1395 Brickell Ave, Suite 610
Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 200-8801

*Counsel for Plaintiff and the Putative Classes*

*/s/ Jeremy Klausner*

**ROONEY LAW**
Jeremy Klausner (JK2582)
300 Park Avenue
New York City, New York 10022
(212) 545-8022
jeremy.klausner@rooney.law

*Counsel for Defendant*